IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EXHIBIT A

Civil Action No. 23-cv-02297-NYW-KAS

**MATTHEW S. LOMAX**, Regional Director of Region 27
of the National Labor Relations Board, for and on behalf of the
**NATIONAL LABOR RELATIONS BOARD**,

>   *Petitioner*,

v.

**LONGMONT UNITED HOSPITAL**, a Colorado corporation;
and **CENTURA HEALTH CORP.**, a Colorado corporation,
**as a single integrated enterprise**,

>   *Respondents*.

## AFFIDAVIT OF CYNDA EKLUND

I, Cynda Eklund, state as follows:

1. I am over the age of twenty-one and have personal knowledge of the information set forth herein.

2. I am a VP, Strategic Human Resources Business Partner at Centura Health Corporation[1] ("Centura").

3. I have reviewed Hon. Judge Wang's November 16, 2023 Order in Case No. 1:23-cv-02297-NYW-KAS.

4. This affidavit is submitted to comply with the Order's mandate to describe the manner in which Respondent has complied with the Order.

5. On November 30, 2023, the Order was posted near the patient tower elevators and the northwest employee entrance timeclock and the east employee entrance timeclock at Longmont

---

[1] Inaccurately identified in the case caption as "Centura Health Corp."

57944036.2

United Hospital, 1950 Mountain View Ave, Longmont, CO 80501. These are the same locations that Longmont United Hospital posts its notices and required workplace posters, such as the minimum wage poster.

6. Responsible Longmont personnel have been notified that the posting must remain until the National Labor Relations Board's final disposition in Case No. 29-CA-291664.

7. On November 30, 2023, the Order was posted on My Virtual Workplace, Centura Hub, which is the intranet site used to communicate with both Longmont United Hospital and/or Centura employees.

8. On November 30, 2023, the Order was also emailed to Longmont United and Centura employees, in accordance with the terms of the Court's Order.

9. I understand and state that the testimony contained within this Affidavit is true and correct to the best of my knowledge.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of Colorado that the foregoing is true and correct.

Executed and dated this __1__ day of __December__, 2023, at __Brush__, Colorado.

By: _____
Cynda Eklund

I hereby certify that the foregoing Affidavit was subscribed and sworn to before me this __1st__ day of __December__, 2023, by Cynda Eklund.

WITNESS my hand and official seal.

```
LAURIE WOLF
NOTARY PUBLIC - STATE OF COLORADO
Notary ID #20124028257
My Commission Expires 10/23/2024
```

_____
Notary Public

My commission expires: __10-23-2024__

[SEAL]

3