# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02297-NYW-KAS

MATTHEW S. LOMAX, Regional Director
of the Twenty-Seventh Region of the National
Labor Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

v.

LONGMONT UNITED HOSPITAL AND
CENTURA HEALTH, as a single employer,

      Respondent.

## NOTICE OF APPEAL FROM FINAL JUDGMENT

Petitioner Matthew S. Lomax, for and on behalf of the National Labor Relations Board appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on November 16, 2023.

Dated: January 10, 2024 .

/s/ Noor I. Alam
Signature

Noor I. Alam
Printed Name

1961 Stout Street, Suite 13-103
Street Address

Denver, CO 80294
City     State     Zip

(720) 598-7402
Telephone Number

*Rev. 12/2021*